UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.A.V. ex rel. MARIA EDELINA VIMOS RIVERA,<br><br>               Petitioner,<br><br>      -against-<br><br>LORRAINE M. SANCHEZ, et al.,<br><br>               Respondents. | 26-CV-2306 (LJL)<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

The Court takes judicial notice of Respondents' filing in No. 26-cv-2276, Dkt. No. 7 (S.D.N.Y. Mar. 23, 2026), which, among other things, states that the Government has agreed to expedite the processing of DNA testing for all six minors and their respective sponsors and that it will promptly make a determination as to the application for sponsorship in that case after receiving the testing results.  In anticipation of the hearing tomorrow, the parties are invited to file letters with the Court by the end of the day today indicating the extent to which they believe the issues and arguments presented in Respondents' memorandum of law in No. 26-cv-2276 overlap with those presented here.

The Clerk of Court is respectfully directed to amend the caption to refer to Petitioner only by his initials in accordance with Federal Rule of Civil Procedure 5.2(a)(3).  The parties are directed to refer to Petitioner in public filings only by his initials.

SO ORDERED.

Dated:    March 24, 2026
         New York, New York

                                         LEWIS J. LIMAN
                                   United States District Judge