UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

M.A.V.,                                                      :
                                                            :
                                                            :
                              Petitioner,                   :
                                                            :                26-cv-2306 (LJL)
             -v-                                            :
                                                            :                ORDER
LORRAINE M. SNCHEZ, et al.,                                 :
                                                            :
                              Respondents.                  :
                                                            :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Respondents are hereby ORDERED to produce Petitioner for the hearing on March 27,

2026, at 3:00 PM in Courtroom 15C of the 500 Pearl Street Courthouse.


            SO ORDERED.


Dated: March 25, 2026                        _____
       New York, New York                              LEWIS J. LIMAN
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/25/2026