

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 27, 2026

<span style="color:blue">The hearing is adjourned to 5:00 PM today pending confirmation of Petitioner's release.  Petitioner's counsel may appear for the hearing remotely.</span>

**By ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

March 27, 2026

Re:   *M.A.V. ex rel. Maria Edelina Vimos Rivera v. Sanchez, et al.*,
       No. 26 Civ. 2306 (LJL)

Dear Judge Liman:

This Office represents the government in the above-referenced habeas corpus action.  The parties are scheduled to appear for a hearing before the Court at 3:00 p.m. today.  I write respectfully in advance of that hearing to advise the Court that the Office of Refugee Resettlement ("ORR") has confirmed Petitioner's familial relationship with Ms. Vimos Rivera by DNA testing, that it has approved release of Petitioner to his mother.  I further understand that ORR has been in touch with Petitioner's mother and that she is currently on her way to pick Petitioner up from the ORR facility.  Given the foregoing, I respectfully request that the Court adjourn today's hearing *sine die*.  I have tried to contact Petitioner's counsel by phone, but I was told that both are at present unavailable.

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   s/ *Tudor M. Neagu*
       TUDOR M. NEAGU
       Special Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone: (646) 906-5441
       E-mail: tudor.neagu@usdoj.gov
       *Attorney for Respondents*

cc: Counsel of Record (by ECF)