

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 27, 2026

**By ECF**

The Court will hold a telephonic conference at 5:00 PM. Parties are directed to dial into the Court's teleconference number at 646-453-4442, use conference ID# 358639322, and follow the necessary prompts.

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

March 27, 2026

Re:    *M.A.V. ex rel. Maria Edelina Vimos Rivera v. Sanchez, et al.*,
        No. 26 Civ. 2306 (LJL)

Dear Judge Liman:

This Office represents the government in the above-referenced habeas corpus action. The parties were scheduled to appear for a hearing before the Court at 3:00 p.m. today, which the Court adjourned to 5:00 p.m. pending confirmation of Petitioner's release. ECF No. 14. I write respectfully now to confirm that Petitioner has been released from ORR custody and was picked up by his mother earlier this afternoon. Given the foregoing, I respectfully request that the Court adjourn today's hearing *sine die*. I spoke with one of Petitioner's lawyers by phone, who agreed that the hearing is no longer necessary, but Petitioner's other lawyer sent an email stating that he still wants to proceed with the hearing. The government submits that there is no need for a hearing, as this action is now moot, though we understand Petitioner's counsel also disagrees on that point.

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    s/ *Tudor M. Neagu*
        TUDOR M. NEAGU
        Special Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (646) 906-5441
        E-mail: tudor.neagu@usdoj.gov
        *Attorney for Respondents*

cc: Counsel of Record (by ECF)